UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUANDA EDMOND | CIVIL ACTION |
| VERSUS | NO. 25-1394 |
| VENTURE GLOBAL LNG, INC., ET AL. | SECTION "R" (3) |

## ORDER AND REASONS

Before the Court is plaintiff Quanda Edmond's unopposed motion to modify the scheduling order and for leave to file a third amended complaint.[1] For the following reasons, the Court grants the motion.

If the deadline for amending pleadings in a case management order has expired, the movant must demonstrate good cause to modify the scheduling order under Federal Rule of Civil Procedure 16(b) before the more liberal standard of Federal Rule of Civil Procedure 15(a) applies to the court's decision to grant or deny leave. *Shaw v. Restoration Hardware, Inc.*, 93 F.4th 284, 292 (5th Cir. 2024). In the Fifth Circuit, courts consider four factors to determine whether good cause exists to grant leave to amend after the expiration of a scheduling order deadline: "(1) the explanation for the failure to timely move for leave to amend; (2) the importance of the

---

[1] R. Doc.46

1

amendment; (3) potential prejudice in allowing the amendment; and (4) the availability of a continuance to cure such prejudice." *Id.* at 293 (quoting *Filgueira v. U.S. Bank Nat'l Ass'n*, 734 F.3d 420, 422 (5th Cir. 2013).

Considering the four factors, the Court finds that Edmond has established good cause to modify the scheduling order to allow for the filing of another amended complaint. The Court grants leave to file the amended complaint under the permissive standard of Rule 15(a). *Filgueira*, 734 F.3d at 422 (noting that the more liberal Rule 15(a) standard applies only after a party shows good cause for modifying the scheduling order).

For the foregoing reasons, the Court GRANTS Edmond's motion to modify the scheduling order and for leave to file a third amended complaint.

New Orleans, Louisiana, this 11th day of February, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2